No. 88–429. PUBLIC CITIZEN v. UNITED STATES DEPARTMENT OF JUSTICE ET AL.; and

No. 88–494. WASHINGTON LEGAL FOUNDATION v. UNITED STATES DEPARTMENT OF JUSTICE ET AL. D. C. D. C. [Proba-

ble jurisdiction noted, 488 U. S. 979.] Motion of People for the American Way Action Fund et al. for leave to participate in oral argument as *amici curiae*, for divided argument, and for additional time for oral argument denied. JUSTICE SCALIA took no part in the consideration or decision of this motion.